FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

JUN 2 7 2005

GREGORY C. LANGHAM
CLERK

Civil Action No.  04-cv-01931-RPM

ROYAL INSURANCE COMPANY OF AMERICA,

Plaintiff,

v.

ADMIRAL INSURANCE COMPANY,

Defendants.

---

ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

Upon consideration of the motion for partial summary judgment filed by

Defendant Admiral Insurance Company on April 28, 2005, and the plaintiff's response,

it is

ORDERED that the motion is granted for the same reasons that this Court

dismissed the plaintiff's claims against Lockton Companies of Colorado, Inc., on April

14, 2005.  Accordingly, the remaining claim in this case is the sixth claim for relief in the

amended complaint which is expected to be resolved on an anticipated motion for

summary judgment.

DATED: June __27__, 2005.

BY THE COURT:

Richard P. Matsch, Senior District Judge